

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRADFORD VERNON BLAKEWAY, | § | No. 08-23-00278-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 394th Judicial District Court |
| v. | § | of Jeff Davis County, Texas |
| | § | |
| THE STATE OF TEXAS, | § | (TC# CR2300919) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF AUGUST 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.